**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A & A AUTO WORKS ON GRAND, INC. | ) | Case No. 26-03824 |
| Dba Body Works on Grand | ) | Chapter 11 |
| Debtor. | ) | Honorable Deborah L. Thorne |

**<u>NOTICE OF OBJECTION</u>**

ECapital Loan Fund, III objects ("Objecting Creditor") to **Debtor's Emergency Motion to Use Cash Collateral Pursuant to §363(c)(2) of the Bankruptcy Code and Bankruptcy Rule 4001(b)** (Dkt. No. 6).

Respectfully submitted.

ECAPITAL LOAN FUND, III

By: /s/ John A. Lipinsky
One of their Attorneys

John A. Lipinsky (ARDC 6207678)
Clingen Callow & McLean, LLC
2300 Cabot Drive, Suite 500
Lisle, Illinois 60532
Tel. 630/871-2600
lipinsky@ccmlawyer.com

4913-8810-7924, v. 1

## CERTIFICATE OF SERVICE

I, Deborah A. Hoekstra, a non-attorney, certifies that a true copy of the foregoing **Notice of Objection** was served upon all counsel of record shown below via electronic mail as indicated on March 4, 2026, using the CM/ECF electronic filing system; and to the parties listed below via facsimile only on March 5, 2026.

By:/s/ Deborah A. Hoekstra

## SERVICE LIST

**26-03824 Notice will be electronically mailed to:**

Adam G. Brief
Ustpregion11.es.ecf@usdoj.gov

Robert Lynch, III on behalf of Creditor Illinois Department of Revenue
robert.lynch2@illinois.gov, robert.lynch@ilag.gov

Gregory K Stern on behalf of Debtor 1 A & A Body Works On Grand Inc.
greg@gregstern.com, monica@gregstern.com

Illinois Dept. of Revenue
Bankruptcy Section
P.O. Box 19035
Springfield, IL 62794-9035
Robert.Lynch2@Illinois.gov

Cook County Treasurer
118 N. Clark Street, Room 112
Chicago, Illinois 60604
lbankruptcy@cookcountytreasurer.com

Aaron R. Mudlong
Audekum, Cassidy & Shulruff, Chtd
20 North Clark Street, Suite 2450
Chicago, Illinois 60602
arm@scslegal.com

Micro Auto Paint & Supplies
407 Washington Blvd., Unit A
Mundelein, IL 60060
mundelein@microautogroup.com

**<u>VIA FACSIMILE ONLY ON 3/05/26:</u>**

American Express
P.O. Box 981535
El Paso, TC 79998
Fax # 1-623-444-3001

Commonwealth Edison
1919 Swift Drive
Oak Brook, Illinois 60523
Fax # (630) 684-3701

Peoples Gas
200 East Randolph Street
Chicago, Illinois 60602
Fax # 920-430-6070

CCC Intelligent Solutions
8059 Innovation Way
Chicago, Illinois 60682
(605) 988-5325
Fax # (605) 988-5325