UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                      )        Case Number:  26-03824
                                            )
A & A AUTO WORKS ON GRAND, INC.  )
dba Body Works on Grand,                    )           Chapter:  11
                                            )           Honorable Deborah L. Thorne
                                            )
                                            )
         Debtor(s)                          )

**INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL
PURSUANT TO § 363(C)(2) AND BANKRUPTCY RULE 4001(B)**

This matter coming on to be heard on Debtor, A & A AUTO WORKS ON GRAND, INC. dba Body Works on Grand's Emergency Motion For Use Of Cash Collateral, Pursuant To § 363(c)(2) and (3) of the Bankruptcy Code and Bankruptcy Rule 4001(b), due and proper notice having been served, and this Court having jurisdiction over the parties and subject matter and being otherwise fully advised in the premises;

IT IS THEREFORE ORDERED THAT:

1.  Pursuant to 11 U.S.C. §§ 361(2) and 363, the Debtor is authorized to use cash collateral upon the terms and conditions contained in this Order to avoid immediate and irreparable harm to the estate.

2.  As adequate protection to ECapital Loan Fund III, LP ("ECaiptal), the Illinois Department of Revenue any other unknown lien claimants (collectively referred to as the "Lien Claimants"), for the use of the Debtor's assets consisting of cash deposits, accounts receivable, inventory, equipment, supplies, office furniture and furnishings, and general intangibles (collectively the "Collateral"), and proceeds of the Collateral including cash and cash equivalents constituting collateral with the meaning of 11 U.S.C. §363 (the "Cash Collateral") pursuant to the terms of this Interim Cash Collateral Order, the Lien Claimants are granted and shall have post-petition replacement liens, to the extent and with the same priority as held pre-petition, in and to the Cash Collateral and all post-petition property of the Debtor of the same type or kind substantially equivalent to the pre-petition Collateral.

3.  Subject to the terms and conditions contained in this Order, the Debtor may use the Collateral and Cash Collateral up to and including March 19, 2026, to the extent of the aggregate of the line items plus 10% set forth on its Budget, attached hereto or as otherwise agreed by the Lien Claimants.

4.  In addition, ECapital is given the following adequate protection for its secured interests:

     (i)  The Debtor will permit ECapital to inspect, upon reasonable notice, the Debtor's books and records;
     (ii)  The Debtor shall maintain and pay premiums for insurance to cover all of the assets from fire, theft and water damages and will provide ECapital proof of insurance immediately; and,
     (iii)  Debtor will properly maintain the Property in good repair.

5.  The Debtor shall prepare and deliver to all Lien Claimants a monthly operating budget for the subsequent month on or before March 13, 2026.

6. The Debtor shall deliver to ECapital a certificate of insurance evidencing coverage of the Collateral to the extent of its full insurable value, showing ECapital as a loss payee and showing.

7. Notwithstanding anything to the contrary herein, the entry of this Order is without prejudice to, and does not constitute a waiver of, expressly or implicitly or otherwise impair:

(i) any of the rights of the Lien Claimants under the Bankruptcy Code, including without limitation, the right of the Lien Claimants to:

(a) request additional adequate protection of their interests or relief, from or modification of the automatic stay under Section 362 of the Bankruptcy Code;

(b) requests to convert or dismiss the case; and

(c) object to further use of cash collateral.

9. Debtor's Motion For Use of Cash Collateral Pursuant to § 363 and Bankruptcy Rule 4001(b) is continued for further hearing to March 18, 2026, at 10:45 a.m.

Enter:

United States Bankruptcy Judge

Dated: March 5, 2026

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## BUDGET THROUGH MARCH 18

| Income | | 2-Week |
|---|---|---|
| Gross Receipts | $ | 91,917.64 |
| | | |
| **Expenses** | | |
| | | |
| COMED-6138 | $ | 976.12 |
| COMED-6134 | $ | 1,349.04 |
| COMED-6100 | $ | 394.76 |
| NICOR-6138 | $ | 1,388.08 |
| Domestic Uniform Rental | $ | 247.32 |
| Domestic Uniform Rental Mats | $ | 39.86 |
| Comcast Business | $ | 209.95 |
| City of Chicago 6100 | $ | 64.26 |
| City of Chicago 6134 | $ | 379.76 |
| Payroll | $ | 23,800.00 |
| Paint and Materials | $ | 17,800.00 |
| Parts | $ | 23,250.00 |
| Towing Cost/Advance charges | $ | 9,500.00 |
| Equipment Maintence | $ | 500.00 |
| Ringcentral | $ | 392.75 |
| Payroll Fees-Paychex | $ | 120.00 |
| Commercial Insurance | $ | 1,850.00 |
| Garbage Disposal SBC | $ | 307.27 |
| Sales Tax | $ | 3,750.00 |
| Mitchell Connect | $ | 66.50 |
| Adobe | $ | 22.04 |
| Google App | $ | 189.80 |
| Quickbooks | $ | 1,242.00 |
| Mopro Website | $ | 104.50 |
| | | |
| Totals | $ | 87,944.01 |
| | | |
| Net Cash Flow | $ | 3,973.63 |