**Fill in this information to identify the case:**

Debtor name    A & A Body Works On Grand Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    26-03824

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.    Millenium Bank | Chekcing | 7689 | $165.66 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $165.66 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 58,000.00 | - | 0.00 | = .... | $58,000.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

Debtor   A & A Body Works On Grand Inc.    Case number *(If known)* 26-03824
       <u>Name</u>

12.   **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $58,000.00 |
|---|---|

## Part 4:  Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Inventory and Supplies - See attachment | | Unknown | Replacement | $111,950.00 |

23.   **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

| | $111,950.00 |
|---|---|

24.   **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor    A & A Body Works On Grand Inc. _____    Case number *(If known)*  26-03824
                    Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** Office Furniture - See attachment | Unknown | Replacement | $32,425.00 |

**40.  Office fixtures**

**41.  Office equipment, including all computer equipment and communication systems equipment and software**

**42.  Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                     $32,425.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Equipment - See attachment | $0.00 | Replacement | $423,255.00 |

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                     $423,255.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    A & A Body Works On Grand Inc.                              Case number *(If known)*  26-03824
          Name

☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Commercial Property located at 6100 West Grand Avenue, Chicago, Illinois 60639, PIN#s 13-32-105-055-0000; 13-32-104-058-0000; 13-32-104-063-0000 | Fee Simple | $0.00 | Comparable sale | $2,500,000.00 |
| 55.2.  Commercial Property located at 6134 West Grand Avenue, Chicago, Illinois 60639, PIN#s 13-32-105-055-0000; 13-32-104-058-0000; 13-32-104-063-0000 | Fee Simple | $0.00 | Comparable sale | $900,000.00 |
| 55.3.  Commercial Properties located at 6138 West Grand Avenue, Chicago, Illinois 60639, PIN#s 13-32-105-055-0000; 13-32-104-058-0000; 13-32-104-063-0000 | Fee Simple | $0.00 | Comparable sale | $900,000.00 |

56.    **Total of Part 9.**                                                                                           | $4,300,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 10:    Intangibles and intellectual property

Debtor    A & A Body Works On Grand Inc.                 Case number *(If known)* 26-03824
       Name

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No. Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    A & A Body Works On Grand Inc.                          Case number *(If known)*  26-03824
_____Name_____

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $165.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $58,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $111,950.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $32,425.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $423,255.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $4,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $625,795.66 | + 91b.   $4,300,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,925,795.66 |

| Fill in this information to identify the case: |
| --- |

Debtor name    A & A Body Works On Grand Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    26-03824

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1**   Cook County Treasurer<br>Creditor's Name<br><br>118 North Clark Street<br>Suite 112<br>Chicago, IL 60602<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>2024<br>**Last 4 digits of account number**<br>0000<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. ECapital Loans Fund III, LP<br>2. Cook County Treasurer<br>3. Cook County Treasurer<br>4. Cook County Treasurer | **Describe debtor's property that is subject to a lien**<br>Commercial Properties located at 6100, 6134 and 6138 West Grand Avenue, Chicago, Illinois 60639, PIN#s 13-32-105-055-0000; 13-32-104-058-0000; 13-32-104-063-0000<br><br>POC 1<br><br>**Describe the lien**<br>Real Estate Taxes<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,048.23 | $2,500,000.00 |
| **2.2**   Cook County Treasurer<br>Creditor's Name<br><br>118 North Clark Street<br>Suite 112<br>Chicago, IL 60602<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>Commercial Property located at 6100 West Grand Avenue, Chicago, Illinois 60639, PIN#s 13-32-105-055-0000; 13-32-104-058-0000; 13-32-104-063-0000<br><br>**Describe the lien**<br>Real Estate Taxes<br>**Is the creditor an insider or related party?**<br>■ No | $67,256.84 | $2,500,000.00 |

Debtor   A & A Body Works On Grand Inc.                                    Case number (if known)    26-03824
         Name

---

Creditor's email address, if known

Date debt was incurred
2024

Last 4 digits of account number
0000

Do multiple creditors have an interest in the same property?
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Cook County Treasurer | Describe debtor's property that is subject to a lien | $26,100.85 | $2,500,000.00 |

Creditor's Name

118 North Clark Street
Suite 112
Chicago, IL 60602

Creditor's mailing address

Commercial Property located at 6100 West Grand Avenue, Chicago, Illinois  60639, PIN#s 13-32-105-055-0000; 13-32-104-058-0000; 13-32-104-063-0000

**Describe the lien**
Real Estate Taxes

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
2024

Last 4 digits of account number
0000

Do multiple creditors have an interest in the same property?
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | ECapital Loans Fund III, LP | Describe debtor's property that is subject to a lien | $1,850,864.05 | $2,500,000.00 |

Creditor's Name
c/o John Lipinsky
Clingen Callow & McLean, LLC
2300 Cabot Drive, Suite 500
Lisle, IL 60532

Creditor's mailing address

Commercial Properties located at 6100, 6134-6138 West Grand Avenue, Chicago, Illinois 60639 & All Assets of the Business

**Describe the lien**
Mortgages, Assignments of Rents, UCCs

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
2017 & 2018 (2 loans)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   A & A Body Works On Grand Inc.                                      Case number (if known)   26-03824
         Name

☐ No                                    ☐ Contingent
■ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.
Specified on line 2.1

| | |
|---|---|
| 3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,975,269.97 |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| John Lipinsky<br>Clingen Callow & Mclean LLC<br>2300 Cabot Drive<br>Drive 500<br>Lisle, IL 60532 | Line  2.4 | |

**Fill in this information to identify the case:**

Debtor name     A & A Body Works On Grand Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   26-03824

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,660.42** | **$4,886.59** |
|---|---|---|---|
| Illinois Department of Employment Security<br>115 South LaSalle Street<br>LL2<br>Chicago, IL 60603 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>2025 & prior years | Basis for the claim:<br>Taxes | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$135,441.27** | **$135,441.27** |
|---|---|---|---|
| Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>2025 & prior years | Basis for the claim:<br>Sales Tax, Tire User Fee & Withholding | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | A & A Body Works On Grand Inc. | Case number (if known) | 26-03824 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200,000.00   $200,000.00 |

| Date or dates debt was incurred | Basis for the claim:<br>Sales Tax |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,126.43 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: Periodic Purchases<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: Periodic Purchases<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>BASF Corporation<br>26701 Telegraph Road<br>Southfield, MI 48033 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred  2021<br>Last 4 digits of account number __ | Basis for the claim: Listed For Notice Purposes<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>CCC Intelligent Solutions<br>8059 Innovation Way<br>Chicago, IL 60682 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,915.18 |
|---|---|---|---|
| | Date(s) debt was incurred  2024<br>Last 4 digits of account number  3412 | Basis for the claim: Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>Commonwealth Edison<br>1919 Swift Drive<br>Oak Brook, IL 60523 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred  2026 & prior years<br>Last 4 digits of account number __ | Basis for the claim: Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   A & A Body Works On Grand Inc.                                    Case number (if known)   26-03824
         _____
         Name

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,733.21 |

Fox Rothschild LLP
321 N. Clark Street, Suite 1600
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2021

**Basis for the claim:** Professional Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,758.28 |

Gerald Kia of Matteson
5501 Miller Circle Drive
Matteson, IL 60443

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** 6956

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,891.81 |

Larry Roesch Chrysler Jeep Dodge
200 W. Grand Ave.
Elmhurst, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,166.61 |

Linde Gas & Equipment Inc.
2217 N. Delaney Road
Waukegan, IL 60087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024 - 2025

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,000.00 |

Micro Auto Paint & Supplies
407 Washington Blvd.
Unit A
Mundelein, IL 60060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,603.18 |

Peoples Gas
c/o Bankruptcy Department
200 East Randolph Street
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026 & Prior Years

**Basis for the claim:** Utilities

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,000.00 |

Portage Auto Parts
3920 N. Milwaukee Avenue
Chicago, IL 60641

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026 & prior years

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   A & A Body Works On Grand Inc.                                    Case number (if known)   26-03824
         Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,961.52 |
|---|---|---|---|

Progressive Marathon Insurance Co.
c/o Aaron R. Mudlong
Sudekum, Cassidy & Shulruff, Chtd
20 North Clark Street, Suite 2450
Chicago, IL 60602

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Insurance Dispute

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,915.00 |
|---|---|---|---|

R.O.I. Accounting Solutions
1000 S. Michigan Avenue
Chicago, IL 60605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

Basis for the claim:  Professional Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 347,101.69 |
| 5b. Total claims from Part 2 | 5b. + | $ 173,571.22 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 520,672.91 |

**Fill in this information to identify the case:**

Debtor name   A & A Body Works On Grand Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   26-03824

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest       Paint Purchase Agreement

State the term remaining

List the contract number of any government contract | BASF Corporation
26701 Telegraph Road
Southfield, MI 48033 |

| Fill in this information to identify the case: |
|---|
| Debtor name    A & A Body Works On Grand Inc. |
| United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known)    26-03824 |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Angelo Resendez, Jr. | 1136 Cove Drive Chicago, IL 60639 | ECapital Loans Fund III, LP | ■ D ___2.4___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Itzell Ordonez-Resendez | 1136 Cove Drive Chicago, IL 60639 | ECapital Loans Fund III, LP | ■ D ___2.4___ <br> ☐ E/F _____ <br> ☐ G _____ |

Official Form 206H                                        Schedule H: Your Codebtors                                        Page 1 of 1

ATTACHMENT TO SCHEDULES - Questions 22, 39 & 50

## A+A BODY WORKS ON GRAND

**OFFICE EQUIPMENT**

| QTY | DESCRIPTION | TOTAL |
|---|---|---|
| 6 | Desks | $4,200.00 |
| 6 | Computer Chairs | $550.00 |
| 5 | PC Towers | $2,500.00 |
| 3 | Printers | $4,250.00 |
| 10 | PC Monitors | $3,500.00 |
| 1 | 3D Printer | $450.00 |
| 1 | Laser Hetcher | $100.00 |
| 8 | Filing Cabinets | $600.00 |
| 7 | Voice Over IP Handsets | $3,500.00 |
| 1 | 32 Camera Security System | $6,500.00 |
| 1 | Intercom System | $850.00 |
| 1 | Office Safe | $2,600.00 |
| 2 | Refrigerators | $1,500.00 |
| | Printer supplies | $750.00 |
| | Office supplies | $575.00 |
| | OFFICE EQUIPMENT TOTAL VALUE | $32,425.00 |

**SHOP INVENTORY**

| QTY | DESCRIPTION | VALUE |
|---|---|---|
| | Full Mix Line of Basf Glasurit 55 Line toners | $85,000.00 |
| | Automotive Hardware Kit | $10,000.00 |
| | Automotive Body Materials | $4,500.00 |
| | 3M Sandpaper and abrasives | $3,000.00 |
| | 3M Adhesives and sealer kits | $3,500.00 |
| | Welding Supplies | $3,500.00 |
| | Engine Oils | $400.00 |
| | Engine Coolants | $450.00 |
| | Welding gas | $600.00 |
| | Automotive Buffing Compound | $400.00 |
| | Automotive Detail Supplies | $600.00 |
| | SHOP INVENTORY TOTAL VALUE | $111,950.00 |

**SHOP EQUIPMENT**

| QTY | DESCRIPTION | VALUE |
|---|---|---|
| 1 | Mohawk Automotive 10K lift | $9,000.00 |
| 1 | Converted prep station dual | $18,500.00 |
| 1 | Spray area exhaust system | $8,500.00 |
| 1 | Dust extractor system | $9,500.00 |
| 16 | Vehicle Jack | $3,200.00 |
| 20 | 3 Ton jack stand pairs | $2,000.00 |
| 2 | 20 Ton jack stand pairs | $1,500.00 |
| 10 | 4 Ton jack stands | $1,500.00 |
| 1 | Brewco 360 frame straightening bench with fixture | $9,500.00 |
| 1 | Aluminum repair station enclosed | $20,000.00 |
| 1 | Aluminum stud puller station | $7,950.00 |
| 1 | Air conditioning machine R1234a | $4,825.00 |
| 1 | Air conditioning machine YZ1234 | $7,995.00 |
| 1 | Port-a-power 4 ton | $595.00 |
| 1 | Port-a-power 10 ton | $1,100.00 |
| 4 | Frame jig for chassis fabrication | $15,000.00 |
| 1 | Electrical repair station | $2,250.00 |
| 4 | Automotive rotisserie | $9,000.00 |
| 4 | Body dollies | $3,600.00 |
| 2 | Frame machine pulling tool set | $4,500.00 |
| 10 | MIG Welder - Aluminum - Silicon Bronze - Metal - all enclosed units | $45,000.00 |
| 3 | Aluminum MIG welder | $7,950.00 |
| 1 | Silicon bronze welder | $5,500.00 |
| 3 | TIG Welder | $14,000.00 |
| 1 | Motorcycle lift | $2,900.00 |
| 1 | Snap On scanner | $9,000.00 |
| 1 | Ingersoll Rand 15Hp compressor | $6,500.00 |
| 1 | Kaiser 20Hp compressor | $9,500.00 |
| 1 | Ingersoll Rand air dryer | $2,200.00 |
| | Air hoses | $2,100.00 |
| | Air hoses reels | $200.00 |
| 5 | Heavy duty Power extensions for welders | $2,000.00 |
| 1 | SprayBake spray booth | $35,000.00 |
| 1 | Transmission oil machine | $6,500.00 |
| 1 | Transmission fluid machine | |
| 1 | Dent puller FixDent | $2,700.00 |
| 1 | Plastic welder | $3,200.00 |
| 1 | Chief measuring machine | $24,000.00 |
| 1 | Chief Spot welder | $29,000.00 |
| 30 | Part carts | $18,000.00 |
| 40 | Horses stands | $4,000.00 |
| 1 | Hunter Alignment rack, and digital alignment interface | $22,500.00 |
| 1 | Snap On Tire mounting machine | $8,995.00 |
| 1 | Snap On tire balancing machine | $5,995.00 |
| 2 | Sand blasting booths | $9,000.00 |
| 1 | Hose flarer/crimper/bender table | $7,500.00 |
| | **SHOP EQUIPMENT TOTAL VALUE** | **$423,255.00** |
| | **INVENTORY TOTAL VALUE** | **$567,630.00** |

01/2012

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:                                              )
      A & A Body Works On Grand Inc.          )      Case No. 26-03824
                                              )      Chapter 11
                                              )
      Debtor(s)                               )

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re:        Schedules A/B, D, E/F, G, H
      (Specify Document)

I (We), Angelo Resendez Jr. and , the undersigned individual(s), hereby declare under penalty of perjury that I have reviewed the Schedules A/B, D, E/F, G, H being filed simultaneously with this Declaration and that the information therein is true and correct.

Angelo Resendez Jr.
_____
Printed or Typed Name of Debtor or Other Person

_____
Signature of Debtor or Other Person

March 26, 2026
_____
Date

_____
Printed or Typed Name of Joint Debtor

_____
Signature of Joint Debtor

_____
Date