**Fill in this information to identify the case:**

Debtor name  A & A Body Works On Grand Inc.

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  26-03824

■ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Fox Rothschild LLP<br>321 N. Clark Street, Suite 1600<br>Chicago, IL 60654<br>**Date(s) debt was incurred** 2021<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Professional Services<br>Is the claim subject to offset? ■ No ☐ Yes | $16,733.21 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Gerald Kia of Matteson<br>5501 Miller Circle Drive<br>Matteson, IL 60443<br>**Date(s) debt was incurred** 2024<br>**Last 4 digits of account number** 6956 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $1,758.28 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Larry Roesch Chrysler Jeep Dodge<br>200 W. Grand Ave.<br>Elmhurst, IL 60126<br>**Date(s) debt was incurred** 2025<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $4,891.81 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Linde Gas & Equipment Inc.<br>2217 N. Delaney Road<br>Waukegan, IL 60087<br>**Date(s) debt was incurred** 2024 - 2025<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $1,166.61 |

| Debtor | A & A Body Works On Grand Inc. | Case number (if known) | 26-03824 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,915.00 |
|---|---|---|---|

R.O.I. Accounting Solutions
1000 S. Michigan Avenue
Chicago, IL 60605

Date(s) debt was incurred  2025

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Professional Services

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 26,464.91 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 26,464.91 |

01/2012

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:

A & A Body Works On Grand Inc.                    )
                                                  )    Case No. 26-03824
                                                  )    Chapter 11
                                                  )
        Debtor(s)                                 )

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re:_____Amended  Schedules E/F_____
        (Specify Document)

I (We), Angelo Resendez Jr. and , the undersigned individual(s), hereby declare under penalty of perjury that I have reviewed the Amended Schedules E/F being filed simultaneously with this Declaration and that the information therein is true and correct.

Angelo Resendez Jr.
_____        _____
Printed or Typed Name of Debtor or Other Person    Printed or Typed Name of Joint Debtor

_____        _____
Signature of Debtor or Other Person                Signature of Joint Debtor

March 26, 2026
_____        _____
Date                                               Date